UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| SHEILA D. RICE, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No. | 3:16-CV-470-TWP |
| | ) | | 3:14-CR-83-TWP-CCS-5 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it hereby is **ORDERED and ADJUDGED** that Petitioner's pro se motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 Motion [Doc. 184] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Further, for the reasons set forth in the accompanying Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. Also, as the Court **CERTIFIED** in the Memorandum Opinion, that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER.

                                                        _s/ Thomas W. Phillips_
                                                        Senior United States District Judge